AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Brooke Shawntaye Sparks

*Defendant(s)*

Case No. 8:21MJ1450JSS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April, 2021 in the county of Pinellas in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2);<br>18 U.S.C. § 2252A(a)(1) and (2);<br>18 U.S.C. § 2252(a)(2) and (b)(1); and<br>18 U.S.C. § 2251(a) and (e) | Possession of Child Pornography;<br>Distribution of Child Pornography;<br>Receipt of Child Pornography; and<br>Production of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

SA Sara Angelosanto, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/5/2021

[signature]
*Judge's signature*

City and state: Tampa, FL

Hon. Julie S. Sneed, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN**
**APPLICATION FOR A CRIMINAL COMPLAINT**

I, Sara Angelosanto, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for approximately nine years. I am currently assigned to HSI, Special Agent in Charge, Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252, and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have investigated, conducted searches and arrests, and assisted with other agents' cases pertaining to these types of investigations. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Brooke SPARKS. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that SPARKS has violated 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography), 2252A(a)(1) and (2) (distribution of child pornography), 2252(a)(2) and (b)(1) (Receipt of child pornography), and 2251(a) and (e) (production of child pornography).

**STATEMENT OF PROBABLE CAUSE**

3. On or about April 27, 2021, HSI Tampa received a tip from the National Center for Missing and Exploited Children (NCMEC). This tip provided information that Facebook discovered on or about April 2, 2021, a Facebook user uploaded an image of child pornography to the Facebook platform. This Facebook user was "Brooke Shawntaye." Facebook also provided the following information on the user:

Name: Brooke Shawntaye

Date of Birth: 8/10/1984

IP Address: 2603:9000:9903:45ae:592d:fcfc:506b:5c69 (Login)

4. The video provided by Facebook is one minute and twenty-five seconds. It depicts a prepubescent male between the ages of newborn and two laying on sheets. The prepubescent male is not wearing any underwear or pants. An adult female provides oral sex to the prepubescent male.

5. On or about April 27, 2021, HSI Tampa received subscriber information linked to IP Address 2603:9000:9903:45ae:592d:fcfc:506b:5c69. The following subscriber information was provided by Charter Communications:

Subscriber Name: Cheryl Sparks

Address: 3135 Park St. N. St. Petersburg, Florida 33710

6. On or about April 27, 2021, HSI Tampa contacted the Pinellas County School Police regarding emergency contact information provided by Brooke SPARKS for her child G.S. G.S. is a nine-year-old boy. The following information was received:

Address: 3135 Park St. N. St. Petersburg, Florida 33710

Phone Number: 813-475-1104

7. On or about April 27, 2021, HSI Tampa received information from Australian Federal Police (AFP) regarding chats between Gavin MELIDE and Facebook user "Brooke Shawntaye." According to AFP, it arrested MELIDE and conducted a forensic examination of MELIDE's cellular phone. AFP identified Facebook Messenger chats between MELIDE and SPARKS which included the image of child pornography from the Facebook NCMEC tip. During interviews with AFP, MELIDE acknowledged that the individual known to him on Facebook as "Brooke Shawntaye" is also the individual he was speaking with via the Line application[1].

8. On or about April 10, 2021, AFP also discovered Line chats shared between SPARKS and MELIDE where SPARKS referred to her son by his first name and sent three videos of G.S. In the videos, a female hand appears to touch a prepubescent male's genitals over underwear and touch underneath the leg and top openings of the underwear. In one of the videos the female hand pulls down the underwear exposing the prepubescent male's genitals.

[1] LINE is a free application that allows users to conduct instant communication on electronic devices such as smartphones, tablet computers, and personal computers. LINE users may exchange texts, images, video and audio, and conduct free VoIP conversations and video conferences.

9. Based in part on the information described above, on or about April 28, 2021, U.S. District Judge Amanda A. Sansone signed a warrant to search the residence located at 3135 Park St. N. in St. Petersburg, Florida.

10. On or about April 28, 2021, HSI Tampa executed the search warrant at the residence.

11. Special Agents subsequently seized numerous electronic devices, to include a Moto Z4 cellular phone. HSI Computer Forensics Agents conducted a preliminary search of the device and discovered images and videos of child pornography. One of the images is a known image of child pornography and can be described as follows:

a. PART_1617264755788_image000001: The image depicts a pubescent female between the ages of 14 and 17. The female appears naked in a bathtub and her breasts are exposed to the camera in a lewd and lascivious manner.

12. HSI Computer Forensics Agents discovered text message conversations between SPARKS, 813-475-1104, and an individual known as "John", XXX-XXX-4370. On March 30, 2021, "John" sent an image of child pornography to SPARKS. The image of child pornography can be described as follows:

a. PART_1617114676406_vmatxsls06_1226088734627-3-ima: This image depicts a prepubescent female between the ages of five and nine. The prepubescent female appears naked laying on a naked adult male. The camera is focused on the genitals of the prepubescent female. The

prepubescent female is penetrated anally by the adult male and there is ejaculate on the prepubescent female's genitals.

13. HSI Computer Forensics Agents also discovered a set of child pornography videos that appear to be produced by SPARKS in sequential order. Two of the videos can be described as follows

a. 1F3DBF3B932A025F8AB052A47E212812.media.0: This video is nine seconds and depicts G.S., a nine-year-old prepubescent male. The prepubescent male is laying on his back and is wearing underwear, but his penis is exposed to the camera. The camera is focused on the genitals and a shadow of a head and tongue contact the penis. The sound on the video confirm SPARKS' tongue contacts the prepubescent minor's penis.

b. FE0AC3E3A45DE455E4441BAE1DE4E71F.media.0: This video is ten seconds and depicts G.S., a nine-year-old prepubescent male. The prepubescent male is laying on his back and is wearing underwear, but his penis is exposed to the camera. The camera is focused on the genitals. SPARKS can be heard to say, "let me see." SPARKS then conducts oral sex on the prepubescent male.

14. HSI Computer Forensics Agents also recovered the three videos of child pornography distributed to MELIDE in the Line application.

15. Special Agents interviewed SPARKS after she waived her Miranda rights. SPARKS stated the Moto Z4 cellular phone belonged to her and provided Special Agents with the passcode. SPARKS stated that she distributed and received child pornography from multiple individuals across multiple applications. SPARKS

stated that she spoke with MELIDE and received adult pornography and child pornography from him. SPARKS stated that she sent videos of child pornography she produced herself with her son G.S. on the Line app.

## CONCLUSION

16. Based on the foregoing facts, there is probable cause to believe that SPARKS has violated 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography), 2252A(a)(1) and (2) (distribution of child pornography), 2252(a)(2) and (b)(1) (receipt of child pornography), and 2251(a) and (e) (production of child pornography). Accordingly, I request that the Court issue a warrant for her arrest.

Sara Angelosanto
Special Agent, HSI

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this 5 day of May, 2021.

HONORABLE JULIE S. SNEED
United States Magistrate Judge